FILED

MAR 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR-09-00921 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER EXCLUDING TIME |
| vs. | ) | |
| MIGUEL ANGEL PULIDO, | ) | |
| Defendant. | ) | |

    On February 1, 2010 the parties in this case appeared before the Court. The parties jointly requested that the case be continued from February 1, 2010 to April 5, 2010 at 9:00 am, for a status conference. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from February 1, 2010 to April 5, 2010. The parties agree and stipulate that an exclusion of time is appropriate for potential disposition.

/
/
/
/

STIPULATION AND ORDER EXCLUDING TIME    1
CASE NO: CR-09-00921 MAG

SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                  United States Attorney


DATED:                            _____/S/_____
                                  ROBERT N. MICHAELS
                                  Special Assistant United States Attorney



DATED:                            _____/S/_____
                                  NICK HUMY
                                  Counsel for MIGUEL ANGEL PULIDO


ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 1, 2010 to April 5, 2010. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 3/12/10

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND ORDER EXCLUDING TIME     2
CASE NO: CR-09-00921 MAG